IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02436-MSK-MJW

DANIELLE DIXON,

Plaintiff(s),

v.

RJM ACQUISITIONS LLC, a New York limited liability company,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline (Docket No. 31) is granted. The Scheduling Order (Docket No. 20) is thus amended such that the discovery deadline is now June 5, 2014, and the dispositive motion deadline is now July 7, 2014.

Date: May 29, 2014