IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02436-MSK-MJW

DANIEL DIXON,

    Plaintiff,

v.

RJM ACQUISITIONS, LLC, a New York limited liability company,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Denying Plaintiff's Motion for Summary Judgment (Doc. #43) it is

ORDERED that judgment is entered in favor of defendant RJM Acquisitions LLC and against plaintiff Daniel Dixon on all claims. The case is closed. It is further

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated this 19th day February, 2015.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
  Deputy Clerk